UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   17-CR-80089-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MOHAMMED MUSTAFA AGBAREIA,

        Defendant.
_____/

## GOVERNMENT'S MOTION FOR APPOINTMENT OF CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned counsel, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"), pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  In support of this motion the government states the following:

Background

On May 30, 2017, the defendant, Mohammed Mustafa Agbareia, was charged in a four (4) count Indictment with wire fraud, in violation of Title 18, United States Code, Section 1343.   On June 21, 2017, the defendant was arrested on the original Indictment and made his initial appearance.   The Government requested that the defendant be held in pre-trial detention, and the Court set a detention hearing for June 27, 2017.   On June 27, a Superseding Indictment was

1

returned adding two additional counts of wire fraud.  That afternoon, the Defendant was arraigned on the Superseding Indictment, and his pre-trial detention hearing began before Magistrate Judge Hopkins.

At the pre-trial detention hearing, the Government submitted an exhibit containing declassified, but sensitive, information with a motion to seal. [DE #9].  After considering the information in the sealed exhibit, Magistrate Judge Hopkins granted the Motion to Seal and sealed the courtroom and record during portions of the proceedings pertaining to the topic discussed in that exhibit. [DE #10].  After the Government completed its presentation, including submitting to the Court additional stipulated facts regarding the topic discussed in the Government's sealed exhibit, the defendant indicated his intention to call witnesses.  Based on defense counsel's proffer of the topics on which those witnesses would present testimony, it was apparent to the undersigned that that testimony would likely result in the unauthorized disclosure of classified information.  After a brief recess, the Government asked the Court to continue the pre-trial detention hearing so that the parties could discuss how best to proceed.

The Government has requested that the defendant proffer the testimony he seeks to elicit so that the Government can explore the possibility of obtaining a stipulated, declassified summary of that information.  The defendant has respectfully declined that request.

## CIPA SECURITY PROCEDURES

As a result of defense counsel's representations, the Government anticipates that issues involving classified material or information will arise in this case, and that, at the very least, the defendant intends to elicit testimony at his pre-trial detention hearing that will likely contain classified information.  The Government is also moving this Court, by separate motion, to hold a

conference under Section 2 of CIPA. Pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA the Court shall designate a CISO in any proceeding in a criminal case in which classified information is reasonably expected to be within.

To assist the Court and court personnel in handling any motions, pleadings and implementing any orders relating to the CIPA proceedings, the government requests that the Court designate Carli V. Rodriquez-Feo as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Ms. Rodriquez-Feo is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Winfield S. "Scooter" Slade, and Harry J. Rucker III.

                                            Respectfully submitted,
                                            BENJAMIN G. GREENBERG
                                            ACTING UNITED STATES ATTORNEY

By:   /s   Jared M. Strauss
        JARED M. STRAUSS
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501264
        500 E. Broward Blvd., Suite 700
        Ft. Lauderdale, Florida 33394
        (954) 356-7255 (telephone)
        (954) 356-7336 (fax)
        jared.strauss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    /s    Jared M. Strauss
    JARED M. STRAUSS
    ASSISTANT UNITED STATES ATTORNEY