UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>17-CR-80089-MARRA</u>

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.

**MOHAMMED MUSTAFA AGBAREIA,**
        **Defendant.**
                                                     /

## GOVERNMENT'S FIFTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this fifth response to the Standing Discovery Order. The attachments to this response are numbered pages 0242-0255. Pages 0242-0253 are "sensitive discovery materials" covered by the Court's Protective Order [DE #6].

Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                      Respectfully submitted,
                                      BENJAMIN G. GREENBERG
                                      ACTING UNITED STATES ATTORNEY

By:    /s   Jared M. Strauss
          JARED M. STRAUSS
          ASSISTANT UNITED STATES ATTORNEY
          Court ID No. A5501264
          500 E. Broward Blvd., Suite 700
          Ft. Lauderdale, Florida 33394
          (954) 356-7255 (telephone)
          (954) 356-7336 (fax)
          jared.strauss@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, and its attachments, is being given to FedEx for delivery to:

Donnie Murrell, Esq.
400 Executive Center Drive
Suite 201 – Executive Center Plaza
West Palm Beach, FL 33401

                /s   Jared M. Strauss
                JARED M. STRAUSS
                ASSISTANT UNITED STATES ATTORNEY